UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.   4:17CR00359 AGF |
| ) | |
| SEAN MCCHORD O'DONNELL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the sentencing as to defendant **Sean McChord O'Donnell** is set for **Friday, March 16, 2018 at 2:00 p.m.**

**IT IS FURTHER ORDERED** that the deadline for filing objections, if any, to the Presentence Report as to defendant **Sean McChord O'Donnell** is **February 23, 2018.**

**IT IS FURTHER ORDERED** that no objections shall be filed after the deadline without leave of the Court.   A request for leave to file objections out of time must be in writing and supported by reasons for the request.

**IT IS FURTHER ORDERED** that the parties shall inform the Court, in writing, and not less than ten (10) days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of witnesses and the estimated length of such testimony.

**IT IS FINALLY ORDERED** that the parties must file any memoranda no later than seven (7) days before sentencing date except that a response to a sentencing memorandum may be filed no later than five (5) days before the sentencing date.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 7th day of December, 2017.